

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-21-00014-CV

**IN RE** Robert William **METZGER**

Original Mandamus Proceeding[1]

**ORDER**

Relator's petition for writ of mandamus is DENIED.

It is so **ORDERED** on February 3, 2021..

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2021.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 15008, styled *In re Marriage of Metzger*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable Albert D. Pattillo, III presiding.